# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HUU TIEU,<br><br>        Defendant. | Case No.  1:20-CR-109-BAM<br><br>ORDER DENYING REQUEST TO RELATE CASES<br><br>(Doc. 97) |

A notice of related cases has been filed in this closed case seeking to relate this case to *United States v. Meis*, 1:24-cr-240-SAB.

The above entitled case has been closed for nearly a year, with judgment being entered on June 13, 2024. The undersigned determines that assignment of the actions to a single Judge is not likely to effect a savings of judicial effort or other economies. L.R. 123. The Court declines to relate and reassign this case.

All current hearings shall remain as currently set in *United States v. Meis*, 1:24-cr-240-SAB. The clerk of the court is directed to file this order in *United States v. Meis*, 1:24-cr-240-SAB.

IT IS SO ORDERED.

    Dated:   **May 2, 2025**                         /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE