Kevin P. Rooney #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, STEPEHEN MEIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HUGO VIGIL MEIS ET AL,<br><br>　　　　Defendants | Case No.: 1:24-cr-240 JLT/SAB<br><br>**STIPULATION AND ORDER TO RESCHEDULE INITIAL APPEARANCE, ARRAIGNMENT AND ENTRY OF PLEA**<br><br>Date: May 19, 2025<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

The United States of America, by and through Assistant U.S. Attorney Jeffrey Spivak, and defendant Stepehen Meis, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. This matter is scheduled for an initial appearance/arraignment and entry of plea on May 15, 2025.

///

///

2. The parties stipulate that rescheduling the appearance/arraignment and entry of plea to May 19, 2025 at 9:00 a.m. before the Hon. Jennifer L. Thurston is appropriate. Counsel represent that Judge Thruston has approved this requested rescheduling.

Dated: May 8, 2025                                              MICHELLE BECKWITH
                                                                                Acting United States Attorney


                                                                                By: /s/ Jeffrey Spivak
                                                                                JEFFREY SPIVAK
                                                                                Assistant United States Attorney

Dated: May 8, 2025                                              /s/ KEVIN ROONEY
                                                                                KEVIN ROONEY
                                                                                Counsel for Defendant
                                                                                Stepehen Meis

### ORDER

Pursuant to the parties' stipulation, the Court vacates the May 15, 2025 initial appearance/arraignment and entry of plea scheduled for May 15, 2025 and resets that initial appearance/arraignment and entry of plea to on May 19, 2025 at 9:00 a.m. before the Hon. Jennifer L. Thurston. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 9, 2025**                                        _____
                                                                                STANLEY A. BOONE
                                                                                United States Magistrate Judge